1   JASON A. VANMEETREN, ESQ.
    Nevada Bar No. 12511
2   E-mail: jvm@AnthemLawNV.com
    DAVID L. LANGHAIM, ESQ.
3   Nevada Bar No.: 12425
    E-mail: dll@AnthemLawNV.com
4   ANTHEM LAW
    5685 Cameron Street
5   Las Vegas, Nevada 89118
    Telephone: (702) 595-4219
6   Telephone: (702) 595-4219
7   *Attorneys for Plaintiff*

8              UNITED STATES DISTRICT COURT
9                   DISTRICT OF NEVADA

10  AMANDA MITCHELL, an individual,          CASE NO.:  2:13-cv-01251-APG-GWF

11                        Plaintiff,

12  vs.

13  TRANS UNION LLC, a foreign corporation;   **SUBSTITUTION OF COUNSEL**
    EQUIFAX INFORMATION SERVICES LLC, a
14  foreign limited liability company; and
    JPMORGAN CHASE BANK, N.A., d/b/a
15  "Chase", a foreign corporation,

16                        Defendants.

17

18        THE COURT AND ALL PARTIES ARE NOTIFIED that Plaintiff, AMANDA MITCHELL,

19  hereby submits the following substitution of counsel pursuant to Local Rule 1A 10-7:

20                     Former Legal Representative:

21                  JAMIE S. COGBURN, ESQ.
                      Nevada Bar No. 08409
22                  LARSON A. WELSH, ESQ.
                      Nevada Bar No. 12517
23                  COGBURN LAW OFFICES
                   2879 St. Rose Parkway, Suite 200
24                    Henderson, Nevada 89052

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>New Legal Representative</u>:

JASON A. VANMEETREN, ESQ.
Nevada Bar No. 12511
DAVID L. LANGHAIM, ESQ.
Nevada Bar No. 12425
ANTHEM LAW
5685 Cameron Street
Las Vegas, Nevada  89118

I consent to this substitution:

DATED this ___ day of January, 2014.

AMANDA MITCHELL

By: _Amanda Mitchell_____
    Amanda Mitchell

I consent to this substitution:

DATED this ___ day of January, 2014.

ANTHEM LAW

By: _/s/ Jason A. VanMeetren_____
    Jason A. VanMeetren, Esq.

I consent to this substitution:

DATED this ___ day of January, 2014.

COGBURN LAW OFFICES

By: _/s/ Jamie S. Cogburn_____
    Jamie S. Cogburn, Esq.

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  January 30, 2014**

Page 2 of 3